**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____ Chapter 7

☐ Check if this is an
amended filing

## Official Form 105

# Involuntary Petition Against an Individual

**12/15**

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2:   Identify the Debtor

**2. Debtor's full name**

John
First name

E.
Middle name

King
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

John King

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 7 2 5 7     OR     9 xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor   John E. King _____   Case number (*if known*)_____

| 6. | **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |

**Principal residence**

1925 Sydney Street _____
Number      Street

_____

San Luis Obispo            CA     93401
City                            State   ZIP Code

_____
County

**Principal place of business**

285 Bridge Street _____
Number      Street

_____

San Luis Obispo            CA     93401
City                            State   ZIP Code

_____
County

**Mailing address, if different from residence**

_____
Number      Street

_____

_____
City                            State   ZIP Code

---

| 7. | **Type of business** |

❑  Debtor does not operate a business

*Check one if the debtor operates a business:*

❑  Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑  Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

---

| 8. | **Type of debt** |

**Each petitioner believes:**

❑  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

| 9. | **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?** |

☑  No

❑  Yes. Debtor _____   Relationship _____

District _____Date filed _____   Case number, if known_____
                                          MM / DD / YYYY

Debtor _____   Relationship _____

District _____Date filed _____   Case number, if known_____
                                          MM / DD / YYYY

---

Debtor   John E. King _____     Case number (*if known*)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wolverine Endeavors VIII, LLC | Judgment entered 9/14/11, renewed: 6/21/21 | $ 7,077,693.78 |
| | | $ |
| | | $ |
| | Total | $ |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor  **John E. King**                                          Case number *(if known)*_____

| Part 4: | Request for Relief |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _____
Signature of petitioner or representative, including representative's title

**Wolverine Endeavors VIII, LLC**
_____
Printed name of petitioner
By Anthony O'Neill, its Authorized Representative
Date signed  08/30/2022
MM / DD / YYYY

**Mailing address of petitioner**

4629 CASS STREET, SUITE 380
_____
Number    Street

San Diego                          CA          92109
City                          State                  ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone        _____

Email                      _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State                  ZIP Code

**Attorneys**

✗ _____
Signature of attorney

**JESSICA L. BAGDANOV**
_____
Printed name

**BG LAW LLP**
_____
Firm name, if any

21650 Oxnard Street, Suite 500
_____
Number    Street

Woodland Hills                  CA          91367
City                          State                  ZIP Code

Date signed  08/30/2022
MM / DD / YYYY

Contact phone 818-827-9000        Email jbagdanov@bg.law

Debtor   John E. King _____          Case number (*if known*)_____

✖ _____          ✖ _____

Signature of petitioner or representative, including representative's title          Signature of Attorney

_____          _____

Printed name of petitioner          Printed name

Date signed   _____          _____
              MM / DD / YYYY          Firm name, if any

                                        _____
**Mailing address of petitioner**          Number    Street

_____          _____

Number    Street          City                          State          ZIP Code

_____          Date signed   _____
                                                        MM / DD / YYYY
City                State          ZIP Code
                                        Contact phone   _____   Email _____
**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number    Street

_____

City          State ZIP Code

---

✖ _____          ✖ _____

Signature of petitioner or representative, including representative's title          Signature of Attorney

_____          _____

Printed name of petitioner          Printed name

Date signed   _____          _____
              MM / DD / YYYY          Firm name, if any

                                        _____
**Mailing address of petitioner**          Number    Street

_____          _____

Number    Street          City                          State          ZIP Code

_____          Date signed   _____
                                                        MM / DD / YYYY
City                State          ZIP Code
                                        Contact phone   _____   Email _____
**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number    Street

_____

City          State          ZIP Code

---