Casey Z. Donoyan, Esq. [224945]
**LEVINSON ARSHONSKY**
**KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:   (818) 382-3433

Attorneys for Petitioning Creditor
Wolverine Endeavors VIII, LLC

FILED & ENTERED

DEC 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **Spann**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re:

JOHN E. KING,

            Alleged Debtor.

CASE NO. 9:22-BK-10674-RC

Chapter 7

**ORDER DENYING ALLEGED DEBTOR'S**
**MOTION FOR DAMAGES, WITHOUT**
**PREJUDICE**

Date:     November 20, 2024
Time:     1:00 p.m.
Loc.:      Courtroom 201
            1415 State Street
            Santa Barbara, CA 93101

        On November 20, 2024, at 1:00 p.m., a hearing was held before this Court, the Honorable

Ronald Clifford, III, United States Bankruptcy Judge, presiding, on the Motion for Damages

Pursuant to 11 U.S.C. §303(i) [Doc. 245] (the "Motion for Damages"), filed by alleged debtor John

E. King ("Alleged Debtor"). Appearances were made as noted in the record.

1

LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP

1    Based on the Judgment rendered by the United States Bankruptcy Appellate Panel for the

2    Ninth Circuit dated October 29, 2024 (the "BAP Judgment") reversing and remanding the Order

3    Granting the Alleged Debtor's Motion to Dismiss Involuntary Petition [Doc. 207] (the "Dismissal

4    Order"), the Motion for Damages is moot and thus it is being denied, without prejudice.

5

6                                            # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: December 2, 2024

25                                                Ronald A. Clifford III
                                                  United States Bankruptcy Judge
26

27

28

LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP

ORDER DENYING ALLEGED DEBTOR'S MOTION          CASE NO. 9:22-BK-10674-RC
FOR DAMAGES, WITHOUT PREJUDICE

3613-001/Order#1451388#2f089ea5-64bb-446c-872e-e0348af691c5