**FILED**

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

**DEC 17 2024**

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

---

| | |
|---|---|
| In re: JOHN E. KING | |
| Debtor | |
| ----------------------------- | BAP No. CC-24-1007-LFS |
| WOLVERINE ENDEAVORS VIII, LLC | Bankr. No. 9:22-bk-10674-RC |
| Appellant | Chapter 7 |
| v. | |
| EAST WEST BANK; INSURANCE COMPANY OF THE WEST; FENCE FACTORY, INC.; JOHN E. KING | December 17, 2024 |
| Appellees | |

---

Date: December 17, 2024

The judgment was appealed to the United States Court of Appeals for the Ninth Circuit on December 13, 2024. The appeal to the Ninth Circuit is currently pending.

By: Cecil Lizandro Silva, Deputy Clerk
Date: December 17, 2024