BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Counsel for Alleged Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re

John E. King,

                Alleged Debtor.

) Bk. No. 9:22-bk-10674-RC
) Chapter 7
)
) **EVIDENTIARY OBJECTION TO**
) **DECLARATION OF CASEY Z.**
) **DONOYAN**
)

Date: January 27, 2026
Time: 1:00 p.m.
Place: 1415 State Street
       Courtroom 201
       Santa Barbara CA 93101

    Dismissed Debtor John King brings his evidentiary objections to the Declaration of Casey Z. Donoyan as follows:

    The allegations in Paragraph 7 are irrelevant to the matters before the Court. The statements made in the Exhibit referred to in Paragraph 7 are not evidence, and are hearsay. Even were the Exhibit evidentiary, no certified copy of the Complaint is attached.

    The allegations in Paragraph 8 are irrelevant (and also untrue).

    The allegations in Paragraph 9 are irrelevant.

    The allegations in Paragraph 10 are irrelevant.

1

The allegations in Paragraph 11 are irrelevant (and also untrue), and made without personal knowledge.

The allegations in Paragraph 13 are irrelevant (and also untrue).

The allegations in Paragraph 14 are irrelevant, and made without personal knowledge.

The allegations of Paragraph 16 are hearsay, an attempt to describe a document which speaks for itself and does not seem to be attached to the declaration.

The allegations of Paragraph 17 are irrelevant.

The allegations of Paragraph 20 are made without personal knowledge concerning the motivation of filings.

The allegations of Paragraph 21 are irrelevant.

The allegations of paragraph 26 contain improper legal conclusions.

The allegations of Paragraph 27 contain a hearsay description of a document which speaks for itself.

The allegations of Paragraph 28 are irrelevant and are hearsay.

The allegations of Paragraph 29 are inappropriate opinion.

The allegations of Paragraph 30 are inappropriate opinion.

The allegations of Paragraph 31 are inappropriate opinion.

Respectfully Submitted.

Dated: 1/8/26

By: /s/ William C. Beall
William C. Beall, Counsel for John E. King, dismissed Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**EVIDENTIARY OBJECTION TO DECLARATION OF CASEY Z. DONOYAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/8/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- William C Beall    Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
- Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Hal D Goldflam    hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Karen L Grant    kgrant@silcom.com
- Michael Haupt    michael@ghmlaw.com
- Carissa N Horowitz    carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com
- Nicolino Iezza    niezza@spiwakandiezza.com
- Lior Katz    lior@katzlaw.com
- Thomas Scott Leo    sleo@leolawpc.com, paralegal@leolawpc.com
- Ashley Neglia    ashley.neglia@eastwestbank.com
- Teresa L Polk    tp@smtdlaw.com, tugland@smtdlaw.com
- Paul F Ready    becky@farmerandready.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_8/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2026 | William C. Beall | /s/ William C. Beall |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        F 9013-3.1.PROOF.SERVICE