| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROSENDO GONZALEZ (State Bar No. 137352)<br>ZACHARY I. GONZALEZ (State Bar No. 316577)<br>Gonzalez & Gonzalez Law, P.C.<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, California 90013<br>Telephone (213) 452-0070<br>Facsimile (213) 452-0080<br>E-mail: rossgonzalez@gonzalezplc.com<br>   zig@gonzalezplc.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Glick Haupt Marino LLP | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br><br>JOHN KING,<br><br><br><br>Debtor(s) | CASE NO.: 9:22-bk-10674-RC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Order Denying Wolverine Endeavors VIII, LLC's Motion to Compel Compliance with Subpoena [Docket No. 353] |

PLEASE TAKE NOTE that the order titled <u>Order Denying Wolverine Endeavors VIII, LLC's Motion to Compel Compliance with Subpoena [Docket No. 353]</u>

was lodged on (*date*) <u>01/16/2026</u> and is attached. This order relates to the motion which is docket number <u>353</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

ROSENDO GONZALEZ (State Bar No. 137352)
ZACHARY I. GONZALEZ (State Bar No. 316577)
GONZALEZ & GONZALEZ LAW, P.C.
530 South Hewitt Street, Suite 148
Los Angeles, CA 90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com
zig@gonzalezplc.com

Counsel for Glick Haupt Marino LLP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>JOHN KING,<br><br>      Debtor. | BK No. 9:22-bk-10674-RC<br>[Chapter 7]<br><br>ORDER DENYING WOLVERINE ENDEAVORS VIII, LLC'S MOTION TO COMPEL COMPLIANCE WITH *SUBPOENA* [DOCKET NO. 353]<br><br>DATE: January 13, 2026<br>TIME: 1:00 p.m.<br>PLACE: Courtroom "201" |

The motion of Wolverine Endeavors VIII, LLC, a petitioning creditor, to compel Glick Haupt Marino LLP to comply with a *subpoena* for the production of documents [DOCKET NO. 353](the "Motion to Compel"), came before the Honorable Ronald A. Clifford III, United States Bankruptcy Judge presiding. All

1

1  appearances were made on the record.  Based on the evidence
2  presented, and good cause appearing therefor, it is hereby
3      ORDERED:
4      The Motion to Compel is denied.

                        #   #   #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
530 S. HEWITT STREET SUITE 148
LOS ANGELES, CA 90013

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/16/2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __01/16/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Paul Metchik | U.S. Bankruptcy Judge |
| Paul Metchik, Attorney at Law | The Honorable Ronald A. Clifford III |
| 1316 Broad St. | 1415 State Street, Suite 233 |
| San Luis Obispo, CA 93401 | Santa Barbara, CA 93101 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  SEE ATTACHED LIST

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/16/2026 | Gabrielle I. Gonzalez | /s/Gabrielle I. Gonzalez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION**

**VIA NOTICE OF ELECTRONIC COURT FILING (NEF):**

- **William C Beall**  Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
- **Casey Z Donoyan**  casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- **Jon F Gauthier**  jgauthier@ftblaw.com, jrobinson@ftblaw.com
- **Hal D Goldflam**  hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Rosendo Gonzalez**  rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Karen L Grant**  kgrant@silcom.com
- **Michael Haupt**  michael@ghmlaw.com
- **Carissa N Horowitz**  carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com
- **Nicolino Iezza**  niezza@spiwakandiezza.com
- **Lior Katz**  lior@katzlaw.com
- **Thomas Scott Leo**  sleo@leolawpc.com, paralegal@leolawpc.com
- **Ashley Neglia**  ashley.neglia@eastwestbank.com
- **Teresa L Polk**  tp@smtdlaw.com, tugland@smtdlaw.com
- **Paul F Ready**  becky@farmerandready.com
- **United States Trustee (ND)**  ustpregion16.nd.ecf@usdoj.gov
- **Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com