1  Jeffrey I. Golden, SBN. 133040
   jgolden@go2.law
2  **GOLDEN GOODRICH LLP**
   3070 Bristol Street, Suite 640
3  Costa Mesa, CA  92626
   Telephone    (714) 966-1000
4  Facsimile    (714) 966-1002

5  Attorneys for Petitioning Creditor
   Wolverine Endeavors VIII, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>JOHN E. KING,<br><br>    Alleged Debtor. | Case No. 9:22-bk-10674-RC<br><br>Chapter 7<br><br>**AMENDED NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Hearing:<br>Date:  April 15, 2026<br>Time:  9:00 a.m.<br>Place: Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA  93101 |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the undersigned counsel, Jeffrey I. Golden of the law firm of Golden Goodrich LLP, will associate as co-counsel with the law firm of Offit Kurman, for and on behalf of Wolverine Endeavors VIII, LLC in the above-captioned proceeding solely in connection with the Notice of Motion and Motion for Relief from Sanctions Order Issued Pursuant to Fed.R. Bankr. P. 7016 filed as Docket No. 393.
.

1219335.1                                                                                                              NOTICE

1 | Dated: March 4, 2026                 **GOLDEN GOODRICH LLP**

By:    /s/ Jeffrey I. Golden
        Jeffrey I. Golden
        Attorney for Petitioning Creditor
        Wolverine Endeavors VIII, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **AMENDED NOTICE OF ASSOCIATION OF COUNSEL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **March 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2026 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE
0.0

**Electronic Mail Notice List**
William C Beall    Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
Todd Curry    tcurry@currylegal.com
Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Hal D Goldflam    hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
Karen L Grant    kgrant@silcom.com
Michael Haupt    michael@ghmlaw.com
Carissa N Horowitz    carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com
Nicolino Iezza    niezza@spiwakandiezza.com
Lior Katz    lior@katzlaw.com
Thomas Scott Leo    sleo@leolawpc.com, paralegal@leolawpc.com
Ashley Neglia    ashley.neglia@eastwestbank.com
Teresa L Polk    tp@smtdlaw.com, tugland@smtdlaw.com
Paul F Ready    becky@farmerandready.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com