BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Counsel for Dismissed Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>John E. King,<br><br>                 Alleged Debtor. | ) Bk. No. 9:22-bk-10674-RC<br>) Chapter 7<br>)<br>) **DECLARATION OF WILLIAM C. BEALL**<br>) **IN OPPOSITION TO ENTRY OF**<br>) **WOLVERINE'S PROPOSED PRETRIAL**<br>) **ORDER (DOCKET 391)** |

Date: April 15, 2026
Time: 9:00 a.m.
Place: 1415 State Street
        Courtroom 201
        Santa Barbara CA 93101
        And via zoom.gov

I, William C. Beall, declare and state as follows:

1. I am an attorney at law licensed in the State of California, duly admitted to practice in the Central District of California and in the above-entitled court and am a partner of the law firm of Beall & Burkhardt, APC, counsel for the dismissed Debtor in this case. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. As the Court is generally aware, after a hearing on February 19, 2026, the parties were directed to cooperate (again) in a joint pretrial Order. After counsel for Wolverine failed to provide a

list of witnesses and exhibits by 5:00 p.m. on February 26, 2026, I uploaded an Order by Notice of Lodgment Docket No. 388. Counsel for Wolverine uploaded a competing Order through Notice of Lodgment Docket No. 391.

3.     This declaration is being filed to correct some express or implied misconceptions.

4.     I uploaded a Scheduling Order after the February 19, 2026 hearing precisely because Mr. Donoyan had claimed not to understand the Court's instructions at the prior hearing. I served the Scheduling Order on Mr. Donoyan, he made no objection, the Court entered the Order (Docket 382) and he received Notice of Entry, per the clerk's office.

5.     Mr. Donoyan did email me on February 25, 2026, asking that my client stipulate to permit him to add disputed facts and issues, and stating he would provide his witness list by Monday, March 2, completely inconsistent with the Court's oral instructions at the February 19 hearing and its written Order.

6.     I responded immediately and told him "In any event, I don't have authority to agree to any deviation from the Court's Order after our last hearing". I did not think it was necessary to give him the Docket number of the Order.

7.     Mr. Donoyan seems to suggest I "jumped the gun" in uploading an Order so soon after he failed to respond as ordered by the Court.. In fact, my father's memorial service was Saturday February 28, and I was leaving Santa Barbara to attend the service. I spent the hour between 4:00 and 5:00 on February 26 waiting (vainly) for Mr. Donoyan's additions before I could leave.

8.     I did not work at all on Friday February 27, Saturday February 29 or Sunday March 1, so I needed to upload the Order on February 26 before leaving the office. After waiting all day for his additions, I filed promptly after 5:00 p.m. so I could leave.

9.  The Court will make its own decision concerning the propriety of the late addition of witnesses and exhibits. However, any additions the Court permits should be added to the Order I uploaded (through Notice of Lodgment Docket 388), as Mr. Donoyan added his additions to an earlier draft, which omits some of John King's exhibits (see, for example), King's exhibits o and p.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/6, 2026

William C. Beall

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF WILLIAM C. BEALL IN OPPOSITION TO ENTRY OF WOLVERINE'S PROPOSED PRETRIAL ORDER (DOCKET 391)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/6/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- William C Beall    Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
- Todd Curry    tcurry@currylegal.com
- Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Hal D Goldflam    hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Michael Haupt    michael@ghmlaw.com
- Carissa N Horowitz    carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com
- Nicolino Iezza    niezza@spiwakandiezza.com
- Lior Katz    lior@katzlaw.com
- Thomas Scott Leo    sleo@leolawpc.com, paralegal@leolawpc.com
- Ashley Neglia    ashley.neglia@eastwestbank.com
- Teresa L Polk    tp@smtdlaw.com, tugland@smtdlaw.com
- Paul F Ready    becky@farmerandready.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _8/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/6/2026 | William C. Beall | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    F 9013-3.1.PROOF.SERVICE