BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Counsel for Dismissed Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | ) Bk. No. 9:22-bk-10674-RC |
| | ) Chapter 7 |
| John E. King, | ) |
| | ) **NOTICE OF MOTION TO COMPEL** |
| Alleged Debtor. | ) **RESPONSES TO DISCOVERY** |
| | ) |

Date:  August 11, 2026
Time:  10:00 a.m.
Place:  1415 State Street
Courtroom 201
Santa Barbara CA 93101

TO CORONITAS HOLDINGS, LLC AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2026, at 10:00 a.m. in the United States Bankruptcy Court, 1415 State Street, Courtroom 201, Santa Barbara, CA 93101, dismissed Debtor John E. King, will request that this Court Order Coronitas Holdings, LLC to provide full and complete responses to Interrogatories and Demands for Production of Documents served upon it.

The Motion is based upon the filed Motion, together with Points and Authorities, this Notice, the Discovery Stipulation executed by the parties and such other matters as the Court shall consider at the time of the Hearing. Any party wishing to review the Motion may examine the copy on file with

1

the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California, 93101, or may request copies from the undersigned. Any objection to the Motion must be in writing, filed with the court and served upon the applicant not later than fourteen (14) days prior to the date of the hearing. Any objection not so filed and served may be deemed waived.

Dated: *June 18, 2026*

By: *William C. Beall*

William C. Beall, Counsel for John E. King, dismissed Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
 NOTICE OF MOTION TO COMPEL RESPONSES TO DISCOVERY

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/18/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**    Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
- **Todd Curry**    tcurry@currylegal.com
- **Casey Z Donoyan**    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- **Jon F Gauthier**    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Hal D Goldflam**    hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Rosendo Gonzalez**    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Michael Haupt**    michael@ghmlaw.com
- **Carissa N Horowitz**    carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com
- **Nicolino Iezza**    niezza@spiwakandiezza.com
- **Lior Katz**    lior@katzlaw.com
- **Thomas Scott Leo**    sleo@leolawpc.com, paralegal@leolawpc.com
- **Shae Luchetta**    shae@luchettalaw.com
- **Ashley Neglia**    ashley.neglia@eastwestbank.com
- **Teresa L Polk**    tp@smtdlaw.com, tugland@smtdlaw.com
- **Paul F Ready**    becky@farmerandready.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
-

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)_8/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/18/2026 | William C. Beall | *William C. Beall* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE