**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Dismissed Debtor John E. King

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| *In re*<br><br>JOHN E. KING,<br><br>Dismissed Debtor. | Bk. No. 9:22-bk-10674-RC<br>Chapter 7<br><br>**SUPPLEMENTAL REPLY BRIEF RE MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM CORONITAS HOLDINGS, LLC**<br><br>Date: September 8, 2026<br>Time: 10:00 a.m.<br>Place: 1415 State Street<br>Santa Barbara, CA 93101<br>Judge: Hon. Ronald A. Clifford III |

Dismissed Debtor John E. King hereby brings his Supplemental Reply regarding his Motion to Compel Discovery Responses as follows:

## I. PROCEDURAL STATUS

With an unsettled situation due to the passing of Dismissed Debtor Carole King, the Court has continued all matters in both the John King and Carole King cases. The undersigned has been engaged by John King, the personal representative of the probate estate of Carole King, so her estate is now represented in these matters. There are a number of open items and the Court needs to rule on some of them to break up the current logjam.

From the perspective of John King, the initial ruling that the Court needs to make is on his Motion to Compel Responses to discovery (Docket 434). As has been briefed, Coronitas Holdings, LLC ("Coronitas") King has completely stonewalled discovery. From the time that both Kings filed Motions to avoid the asserted liens of Coronitas (March of 2026), both Kings asserted that they needed factual discovery to prove their allegations that Coronitas and Wolverine Endeavors VIII, LLC ("Wolverine") are essentially the same party. Despite numerous objections and rationalizations why this Court should not permit discovery, Coronitas has never contested the simple fact that Wolverine cannot do what Coronitas is attempting to do, nor his it provided the factual discovery necessary for this Court to determine if Wolverine and Coronitas should be treated as the same entity.

The discovery issue is requiring the Court to continually delay the hearing on the Motion to Avoid Coronitas' lien. The Court needs to decide the Motion to Compel, and discovery needs to occur, so that the Motion to Avoid the Lien can be argued on its merits.

## V. CONCLUSION

Coronitas should be required to provide full answers, with no objections, to the discovery propounded.

Dated: 9/1, 2026

BEALL & BURKHARDT, APC

By: [signature]
William C. Beall, Attorneys for
Dismissed Debtor John E. King

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENTAL REPLY BRIEF RE MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM CORONITAS HOLDINGS, LLC**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/1/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com**
- **Todd Curry tcurry@currylegal.com**
- **Casey Z Donoyan casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com**
- **Jon F Gauthier jgauthier@ftblaw.com, jrobinson@ftblaw.com**
- **Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com**
- **Hal D Goldflam hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com**
- **Rosendo Gonzalez rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
- **Michael Haupt michael@ghmlaw.com**
- **Carissa N Horowitz carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com**
- **Nicolino Iezza niezza@spiwakandiezza.com**
- **Lior Katz lior@katzlaw.com**
- **Thomas Scott Leo sleo@leolawpc.com, paralegal@leolawpc.com**
- **Shae Luchetta shae@luchettalaw.com**
- **Ashley Neglia ashley.neglia@eastwestbank.com**
- **Teresa L Polk tp@smtdlaw.com, tugland@smtdlaw.com**
- **Paul F Ready becky@farmerandready.com**
- **United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov**
- **Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **<u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_8/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/1/2026 | William C. Beall | William C. Beall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |