| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William C. Beall, Bar No. 97100<br>Beall & Burkhardt, APC<br>1114 State Street, Suite 200<br>Santa Barbara, CA 93101<br>Phone (805) 966-6774; Fax (805) 963-5988<br>Will@BeallandBurkhardt.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Alleged Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br>John E. King<br><br>Debtor(s) | CASE NO.: 9:22-bk-10674-RC<br>CHAPTER: 7 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION DISMISSING MOTION TO AVOID LIEN |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION DISMISSING MOTION TO AVOID LIEN

was lodged on (*date*) 09/30/2026 and is attached. This order relates to the motion which is docket number 479 .

[1] Please abbreviate if title cannot fit into text field.

BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Counsel for Alleged Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>John E. King,<br><br>Alleged Debtor. | Bk. No. 9:22-bk-10674-RC<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION DISMISSING MOTION TO AVOID LIEN**<br><br>Date: October 6, 2026<br>Time: 10:00 a.m.<br>Place: 1415 State Street<br>Courtroom 201<br>Santa Barbara, CA 93101 |

Based upon the Stipulation Between the Parties (Docket 479),

IT IS HEREBY ORDERED that the Motion to Avoid Lien (Docket 401) is Dismissed without prejudice.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
Notice of Lodgment

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/30/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com**
- **Todd Curry tcurry@currylegal.com**
- **Casey Z Donoyan casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com**
- **Jon F Gauthier jgauthier@ftblaw.com, jrobinson@ftblaw.com**
- **Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com**
- **Hal D Goldflam hgoldflam@frandzel.com, sking@frandzel.com,autodocket@frandzel.com**
- **Rosendo Gonzalez rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
- **Michael Haupt michael@ghmlaw.com**
- **Carissa N Horowitz carissa@davidovichlaw.com, artyc@aol.com;castlesb@aol.com**
- **Nicolino Iezza niezza@spiwakandiezza.com**
- **Lior Katz lior@katzlaw.com**
- **Thomas Scott Leo sleo@leolawpc.com, paralegal@leolawpc.com**
- **Shae Luchetta shae@luchettalaw.com**
- **Ashley Neglia ashley.neglia@eastwestbank.com**
- **Teresa L Polk tp@smtdlaw.com, tugland@smtdlaw.com**
- **Paul F Ready becky@farmerandready.com**
- **United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov**
- **Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com**

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2026 | William C. Beall | William C. Beall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |